No. 98–7132 (A–458). GILBERT *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. S. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, de-

nied. Certiorari denied. JUSTICE STEVENS and JUSTICE BREYER would grant the application for stay of execution.